UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14080
CR-GRAHAM
18 U.S.C. 2422(b)    LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DOUGLAS ROBERT BOURDON,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

From on or about August 2, 2002, through on or about September 6, 2002, in St. Lucie County and elsewhere, in the Southern District of Florida, and elsewhere, the defendant,

**DOUGLAS ROBERT BOURDON,**

using a facility and means of interstate commerce, that is, America OnLine, an internet service provider, knowingly persuaded, induced, enticed and coerced an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted

to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
fo/ MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*[signature]*
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.                               **CERTIFICATE OF TRIAL ATTORNEY***

**DOUGLAS ROBERT BOURDON,**      02-14080-CR-GRAHAM
                                 Superseding Case Information:

                                 New Defendant(s)           Yes
                                 Number of New Defendants   MAGISTRATE JUDGE
                                 Total number of counts     LYNCH

**Court Division:** (Select One)

___ Miami   ___ Key West
___ FTL     ___ WPB  _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _No_
   List language and/or dialect  _____

4. This case will take  _1_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days        _X_        Petty      ___
   II   6 to 10 days       ___        Minor      ___
   III  11 to 20 days      ___        Misdem.    ___
   IV   21 to 60 days      ___        Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                 _____
                                 Robert H. Waters, Jr.
                                 Assistant United States Attorney
                                 Florida Bar No. 0365483

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Case No.

Defendant's Name: **ROBERT DOUGLAS BOURDON**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY* |
|---|---|---|---|
| 1 | Use of interstate commerce to engage in a sexual activity with a minor | 18:2422(b) | Not more than 15 years; $250,000 fine |