CR 12 (Rev. 82)

**WARRANT FOR ARREST**

AUSA Robert H. Waters, Jr.

| UNITED STATES DISTRICT COURT | DISTRICT<br>Southern District of Florida |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>DOUGLAS ROBERT BOURDON | DOCKET NO. 02-14080<br>MAGISTRATE CASE NO.<br>MAGISTRATE JUDGE LYNCH<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>NAME: DOUGLAS ROBERT BOURDON<br>DOB: 03-22-52   SSN: 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<br>ADDRESS: 6009 S. Indian River Dr., Fort Pierce, Florida<br>HEIGHT: 5' 10"   WEIGHT: 160<br>HAIR: Gray   EYES: Blue<br>RACE: White   SEX: Male<br>CUSTODY: St. Lucie County Jail<br>BOOKING NO. 2002-00009324<br>AGENCY: Special Agent Christopher Harvey, USCS |
| WARRANT ISSUED ON THE BASES OF:   ☐ Order of Court<br>  X  Indictment    ☐ Information    Complaint | |
| TO: U.S. MARSHALS SERVICE OR<br>ANY OTHER AUTHORIZED FEDERAL AGENCY. | DISTRICT OF ARREST<br>SDFL<br>CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

*Use of interstate commerce to engage in a sexual activity with a minor*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2422(b) |
|---|---|---|

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY<br>FRANK J. LYNCH, JR.<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE)<br>(BY) DEPUTY CLERK | DATE<br>10/24/02<br>DATE ISSUED<br>10/24/02 |
| CLERK OF COURT<br>CLARENCE MADDOX | RETURN | |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

United States Judge or Judge of a State Court of Record