# COURT MINUTES - FORT PIERCE

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

FORT PIERCE COURTHOUSE: Courtroom #108

DEFT: DOUGLAS ROBERT BOURDON (J), present   CASE NO: 02-14080-CR-GRAHAM

AUSA: Robert Waters, present   ATTORNEY: AFPD Robert Adler, present

AGENT: Christopher Harvey, Customs, present   VIOL: 18:2422(b) use of interstate commerce

PROCEEDING: Initial Appearance   BOND REC: PTD   SET:

DISPOSITION:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Residence:
6009 S. Indian River Drive
Fort Pierce, Florida

- Deft present w/apt cnsl & advised of charges
- Deft sworn & testimony taken re: appt of cnsl
- Court appts FPD
- Arraignment held; SDO issued & stat conf set
  - Reading of Indictment Waived
  - Not Guilty plea entered
  - Jury trial demanded
  - Standing Discovery Order requested
- Govt recomm PTD & ready today
- Court grants ∆'s cnsl req for PTD hrng on Monday, 11/4/02 & ordered ∆ temp detained as risk of flight & danger to community

NEXT COURT APPEARANCE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: 11/04/02   9:30 A.M.   FJL   FTP
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 11/25/02   9:30 A.M.   FJL   FTP

DATE: 10/29/02   TIME: 9:30 A.M.   TAPE # 02-59-FJL @ 2737