cda        UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-14080-Cr-Graham/Lynch



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUGLAS ROBERT BOURDON,

    Defendant.

_____/

## DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Douglas Robert Bourdon, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                                        KATHLEEN M. WILLIAMS
                                        FEDERAL PUBLIC DEFENDER

                                        Dave Lee Brannon
                                          Assistant
                                        Federal Public Defender
                                        Attorney for Defendant
                                        Florida Bar No. 297941
                                        400 Australian Avenue, Suite 300
                                        West Palm Beach, Florida 33401
                                        TEL:(561)833-6288/FAX:(561)833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 31st day of October, 2002 to Assistant United States Attorney Robert H. Waters, Jr., 505 South Second Street, Suite 200, Fort6 Pierce, FL 34950.

Dave Lee Brannon