rb                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 02-14080-CR-Graham/Lynch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUGLAS ROBERT BOURDON,

    Defendant.
_____/

## MOTION TO EXCLUDE EVIDENCE OFFERED
## PURSUANT TO FRE 404(B)

    COMES NOW the defendant, Douglas Robert Bourdon, by and through his undersigned counsel, who hereby moves this Honorable Court to exclude evidence at the trial in this case intended to be offered by the Prosecution pursuant to Federal Rule of Evidence (FRE) 404(b). In support thereof the defendant states the following:

    1. This case is presently set for trial during the period commencing January 14, 2003.

    2. This case involves allegations that the Defendant solicited a minor for sexual contact through the internet.

    3. In its response to the Standing Discovery Order the Prosecution stated it intended to offer transcripts of two totally unrelated internet conversations allegedly between the Defendant and a purported fifteen year old girl, who was actually an adult male detective masquerading as a young girl. The Prosecution claims this evidence is relevant to the Defendant's intent to commit the crime charged. In the actual charge itself the communications are only between adults; there are no communications with minors or purported minors in the facts charged. The transcripts intended to

be offered pursuant to FRE 404(b) are between DRDOUGFLA and TINAFLA2 on August 2, 2002, and August 9, 2002 and are attached as Attachments 1 and 2.

4. This evidence fails the Eleventh Circuit test for 404(b) evidence established in *United States v. Mills*, 138 F3d 928 (11th Cir.1998). *Mills* establishes a three prong test. First, the Prosecution must have a proper purpose for introducing the evidence. Second, the Prosecution must prove the act occurred and that the Defendant was the actor. Third, the Prosecution must show the probative value of the evidence outweighs its prejudicial effect. Assuming, *arguendo*, the Prosecution can prove the second prong, that the prior act occurred and that the Defendant is the actor, the government still fails on the other two prongs of the test. First, there is no proper purpose for introducing the evidence, and, second, the prejudicial effect outweighs the probative value of the evidence.

5. Prior to addressing the issues above in greater detail, it should be pointed out that the evidence mentioned is not, nor does the Prosecution claim it is, inextricably intertwined with the evidence of the charged offense. Assuming again, *arguendo*, that the transactions, both charged and uncharged, took place as described, they are each separate and unrelated from the other.

## NO PROPER PURPOSE

6. The Prosecution has no evidence of the Defendant enticing a minor, as required by the 18 U.S.C. § 2422(b) in this case. The Prosecution thus is missing the first element of the charge. The Prosecution seeks to resolve that problem by using the 404(b) evidence, which at worst shows merely a conversation with a purported minor about sex as opposed to an enticement to a minor to have sex, to solve its evidentiary problem. In *United States v. Mills*, 138 F.3d 928 (11th Cir.1998), the Prosecution attempted to offer evidence of a falsification of a customs declaration unrelated to

2

the current offense to show the defendant falsified a passenger manifest. As the Eleventh Circuit pointed out, this is exactly the prohibited purpose of 404(b). Thus, in *Mills* the Prosecution intended to show Mills was willing to lie to the Government about the passenger manifest because she had lied to the Government about the unrelated customs declaration; that is, she lied before so she must have lied again. Here the Prosecution seeks the inference that the defendant must have intended to HAVE SEX with a minor because at one time he allegedly talked ABOUT SEX with a different minor. Although the *Mills* court found that error harmless in light of the otherwise overwhelming evidence in that case, such is not the level of proof in the instant case. *Mills* was not an isolated example of this problem. The same type error occurred in two cases involving use of prior acts of spousal abuse: *United States v. Hands*, 184 F.3d 1322 (11th Cir.1999) and *United States v. Chavez*, 204 F.3d 1305 (11th Cir.2000). Yet another interesting example of this error occurred in *United States v. Philibert*, 947 F.2d 1467 (11th Cir.1991), wherein Philibert was prosecuted for making a threatening phone call. The Prosecution offered evidence, pursuant to 404(b), of Philibert's purchases of some $ 4,000.00 worth of guns, bayonets, and ammunition two months before the threatening phone call. The Eleventh Circuit found this was evidence only of Philibert's paranoid schizophrenia, and thus not admissible under 404(b). In the circumstances of that case it was reversible error.

## PROBATIVE VALUE AND PREJUDICIAL EFFECT

7. The probative value of this evidence is quite low and the prejudicial effect is quite high, thus failing the third prong of the Eleventh Circuit's test. As discussed above, the conversation discusses sex with a purported minor. There is a huge difference between a conversation about sex and a solicitation to have sex. Both are very distasteful when the speakers are a 15 year old girl and

a middle-aged man but only one is criminal. The problem with such evidence is that a jury will largely not care: they will see a person with what they perceive to be bad character and will have a strong impetus to lock him up, whether or not the proof of the charged offense is there. The third prong of 404(b) deals with this problem by importing FRE 403 into the analysis. When the evidence of bad character is the sole proof of an element of the offense to which the Prosecution lacks any other evidence, the analysis becomes even more critical. The cases cited above, particularly *Philibert*, are helpful in this regard.

### THE VALUE OF A RESOLUTION BEFORE TRIAL

8. The resolution of this evidentiary issue prior to trial will be most helpful to both sides. The use of 404(b) evidence affects many strategic decisions, hence the notice requirements, and knowing whether such evidence will or will not be allowed lets both the Defendant and the Prosecution plan accordingly. *United States v. Perez-Tosta*, 36 F.3d 1552 (11th Cir.1994).

WHEREFORE, the defendant, Douglas Robert Bourdon, respectfully requests this Honorable Court to grant the foregoing motion to exclude the evidence as stated above.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Dave Lee Brannon
Dave Lee Brannon
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 297941
400 Australian Ave. N., Ste 300
West Palm Beach, Florida 33401
TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 7th day of December, 2002, to Assistant United States Mark Johnson at 505 S. Second Street, Suite 200, Ft. Pierce, FL 34950.

*Dave Lee Brannon*
Dave Lee Brannon

**ATTACHMENT 1**

DrDougFL: Hi. My name is Doug. I'm divorced, 50 and have no kids. I'm very open minded & live in Florida. Would you care to chat?
Tinafla2: where in fl
DrDougFL: South east Florida, along the coast .. below Vero Beach. Been here 5 years. You?
Tinafla2: just moved here to psl
DrDougFL: Wow.. that is recent!! Do you like this area ?
Tinafla2: like it said just moved here with dad and know nothing or no one
DrDougFL: Well then let's see if we can't get to know each other better 😊
Tinafla2: my first fl frnd
Tinafla2: friend
DrDougFL: Yes 😊
DrDougFL: So what year of school are you in ?
Tinafla2: going to 10
DrDougFL: So you're about 15 .. ?
Tinafla2: yes sir, correct on the sir
DrDougFL: So it is just you and your dad I think you said. Mind if I ask what happened to your mom.
Tinafla2: not at all she pasted away last sept
DrDougFL: I'm sorry to hear that ☹ *** You called me "sir" .. any special reason for that (smile).
Tinafla2: no sir, just respect, took from your name that you are a male
DrDougFL: Oh I most certainly am a male and I like it when a female shows respect like that, regardless of how old she is.
Tinafla2: if i offended you am sorry
DrDougFL: You did not offend me in the least ... like I said, I like that kind of "respect".
Tinafla2: thank you
DrDougFL: You must like older men, in my age bracket ?
Tinafla2: so you in school or what kind of work you do
Tinafla2: what age bracket would that be
DrDougFL: No, at my age, 50, I work. I own several web based businesses.
Tinafla2: so you are very computer know how
DrDougFL: Yes, I do ... 😊
Tinafla2: great, if i have a problem can i ask for your help
DrDougFL: Yes, you can ask for my help .. either here on the phone, that would be fine. **** I like the name of the chat room you're in very much. Are "loving homes" something you have an interest in, curious?
Tinafla2: kidding, will not take advantage of our having just met
DrDougFL: LOL .. ok .. well, I don't mind helping at all if you need it.
Tinafla2: i enojy being with my father
DrDougFL: Nothing wrong with that at all .. sounds like you're very close to him or that you'd like to be a lot closer.
Tinafla2: we are close yes
Tinafla2: so do you have a family
DrDougFL: I like that .. I have no problem with that.
DrDougFL: No, I'm divorced and have no kids 😊 .. but I would have liked to have had a close family. I don't live with anyone at this time.
Tinafla2: am so sorry, hope you are not too lonely
DrDougFL: No, I'm not. I have friends and hopefully you're my new one 😊
Tinafla2: i just checked and you are not in this room , how did you know i was
Tinafla2: from chatting with you it sounds like it will be an honor
DrDougFL: I was JUST in that rooom .. just moved out as no one was saying anything and no one wants to talk in IM's but you. ** Thank you for the compliment.
Tinafla2: welcome
DrDougFL: I like the idea of close families or close family members, so I like that room and talking to people about that.
Tinafla2: i just wrote you that question about why and before i could send it you answered
DrDougFL: LOL .. ok.
Tinafla2: funny huh
DrDougFL: VEry much so !!

027

DrDougFL: So what do you look like? Describe yourself.
Tinafla2: are your business' in this area, pt st lucie county
DougFL: Yes, they are.
la2: i am 5' tall, have shoulder blde hair, green eyes, and 105 pounds
DrDougFL: wow .. you sound very pretty and petite.
Tinafla2: dad sometimes calls me abarbie doll
DrDougFL: I bet you have a nice figure, too (smile).
DrDougFL: That's a nice name to call you .. I'm sure he means it with affection.
Tinafla2: i am sure he does
DrDougFL: ☺
Tinafla2: do you have a girl friend
DrDougFL: No, I don't .. and I am looking for one.
Tinafla2: i am sure you will find just the right one
Tinafla2: how long have you lived in the area
DrDougFL: ABout 5 years now ... I like it.
Tinafla2: good, can you maybe tell me some places to go have some fun
DrDougFL: ok .. I would do that some time. And what kind of "fun" do you like? You seem like you're very, very open minded.
Tinafla2: i know you are older than me, but if you know where kids my age go
DrDougFL: There are some places I've heard of but not paid attention to .. but I can easily find out again.
Tinafla2: i enjoy a lot of different things, but in altanta there was a lot to do
DrDougFL: YEs, in Atlanta, I be there was!! I bet there was all kinds of fun you could have ...
Tinafla2: i was great,
Tinafla2: but am not there now
DrDougFL: Do you like to do any wild or kinky things ?
Tinafla2: sorry so down today just really bored i guess
Tinafla2: like what
DougFL: Well, I'm not sure like what .. I'm really trying to get to know you better but I like a girl who does hing wild, kinky or taboo.
Tinafla2: ok, promise not to tell
Tinafla2: anyone
Tinafla2: ever
DrDougFL: I promise ... !
Tinafla2: i got drunk one night
DrDougFL: ☺ .. that's OK
Tinafla2: when i was with my old boy friend in ga
DrDougFL: ok .. how old were you and what ended up happening.
Tinafla2: and woke up at the lake
DrDougFL: Interesting.
Tinafla2: we were both nude, and i was really sore
DrDougFL: Well, sounds like you may have had sex with him .. nothing wrong with that.
Tinafla2: yes but can not remember
Tinafla2: like my girl friend said, you do not know if you liked it or not lolol
DrDougFL: Well, was it just you and him .. ? Did you ask him.
DrDougFL: LOL .. true.
Tinafla2: he sid he did not know, he was drunker than me
DrDougFL: How old were you when that happened.
Tinafla2: that was last july
DrDougFL: OH, ok ... Where you at a party and then found yourself at the lake ?
Tinafla2: yes
DrDougFL: Well, then it could have been more then one boy ..
Tinafla2: group of school friends
DougFL: ah, ok.
l2: the holiday
DougFL: Yes ....
Tinafla2: dad would kill me
DrDougFL: why ?

028

Tinafla2: one night i was staying with girl friend, and we swam in the pool naked
DrDougFL: Well, like I said, it could have been more then one boy you had that night .. he probably might not 've liked that. ** I like that at the pool. Did you have fun or do anything ?
Tinafla2: about 4 girls all nude in a pool, yelling and screaming
DrDougFL: Nice .. very nice. Wish I had been there .. lol
Tinafla2: two of the other girls kissed each other
DrDougFL: Now I like that a lot, too .. did you like seeing that ?
Tinafla2: to be honest yes thought it was kind of nice
Tinafla2: i enjoyed it
DrDougFL: Good .. .I'm pleased you liked that. Did they do anything else besides kiss?
Tinafla2: all of us promised never to tell
DrDougFL: Oh, I understand.
Tinafla2: touched each other
DrDougFL: Very nice ... I hope you liked seeing that.
Tinafla2: one girl told us she did it all the time with her sister
Tinafla2: so what about you
DrDougFL: That is very cool .. like I said, I like families who do that kind of stuff.
Tinafla2: do you do wild and kinky stuff
DrDougFL: Well, I like all kinds of things including anything dad/daughter, and I like a girl who is bi and have seen that a few times. I like having a g/f who likes to flirt with males of any age and I like to watch her do that. I like seeing her get touched, too.
Tinafla2: really, you like watching your girl friend teasing other men
Tinafla2: and seeing her being touched
DrDougFL: Yes, I love it. I'm not a jealous guy and that turns me on a lot.
Tinafla2: more than kissing
DrDougFL: More than kissing - yes (smile).
Tinafla2: i wonder how that would make me feel
DrDougFL: What's that ? To be watched by your boyfriend doing that ?
Tinafla2: thinking huh
Tinafla2: yes
DrDougFL: You seem like the type that would probably like it a lot.
Tinafla2: maybe, maybe
DrDougFL: 😊
DrDougFL: Well, may I ask how "close" you are to your dad, or want to be.
Tinafla2: do you ask your girl freinds to do that
DrDougFL: When I have a g/f usually it is one who either likes that or would like to try it.
Tinafla2: since mom past we have become very close
Tinafla2: think i understand
DrDougFL: I like that ... do you 2 touch ? ** Good, I think you understand 😊
Tinafla2: about your girlfriend
Tinafla2: please do not be offended, but a promise is a promise
DrDougFL: I'm not offended .. I'm not sure what you mean by a promise, though.
Tinafla2: dad and i promised
DrDougFL: OK .... Well, if you two do touch, I like that very much.
Tinafla2: please, do not tell, i will get in so much trouble
DrDougFL: I'm not going to tell anyone .. why would I since I like that, too.
Tinafla2: thank you so much
DrDougFL: I think it is nice that you two touch. I hope it is a lot.
Tinafla2: i have talked with some other girls in smae type room, and they have got in big trouble, one even had to move out of her house
Tinafla2: computer question ok, what does s2r mean
DrDougFL: I'm sorry to hear that 😞 ... that's not right. **
DougFL: Send 2 receive .. that is a picture trader .. she or he wants to exchange xxx rated pics with you.
a2: she told me that she and her dad slept in the smae bed one night
Tinafla2: ok
DrDougFL: Nice .. I like that. And did they go all the way ?

029

Tinafla2: xxx, like pornographic pictures
Tinafla2: she said they had sex
DrDougFL: Yes, porn pics. ** Wow, that's great they did that. I bet you liked hearing that, too.
Tinafla2: i did not tell, someone did because the police talked with her and her dad
DrDougFL: That sucks .. that is no good.
Tinafla2: it was nice hearing her tell about it yes
DrDougFL: Good .. I'm glad you liked that ☺
Tinafla2: i did not tell anyone really, someone told her mother and she called 911
DrDougFL: That's ridiculous. How old was the girl ?
Tinafla2: she is my age like 15 maybe 14
DrDougFL: sweet .. very sweet.
Tinafla2: we ewre in gym class togeather
DrDougFL: ok.
DrDougFL: Well, you must really like touching him then and he you (smile).
Tinafla2: i like being with dad, he is funny
DrDougFL: That's good!!
Tinafla2: he lets me drive the car, and i do not have a license
DrDougFL: LOL .. ok.
Tinafla2: another computer question ok
DrDougFL: k
Tinafla2: everytime i get ready to type something someone sends me a note and i have to retype my stuff
Tinafla2: why
DrDougFL: YOu mean they send you an IM?
Tinafla2: i guess little box thing in corner
DrDougFL: That is because the new IM becomes the "active window" and your cursor automatically goes to that window.
Tinafla2: like this one
Tinafla2: ok i guess
Tinafla2: do not like that
DrDougFL: Well, if you get a lot of IM's it is a pain in the ass .. .lol
Tinafla2: like typing to you
Tinafla2: it is
DrDougFL: exactly.
Tinafla2: so do you s2r people too
DrDougFL: No, I do not. Not unless I know that person and have heard her voice on the phone.
Tinafla2: however that works
DrDougFL: lol
Tinafla2: oh ok
DrDougFL: ☺
Tinafla2: what does that mean, you smiling at me
DrDougFL: I like talking to you a lot.
Tinafla2: thanks i like talking to you too
DrDougFL: Great ☺
Tinafla2: you sound very nice
DrDougFL: Thank you ... you are someone I would like to get to know better.
Tinafla2: thank you
DrDougFL: You can talk to me about anything, no matter how personal, kinky or taboo.
Tinafla2: what do you mean tabooo
DrDougFL: taboo is like incest, or beastiality or things that society doesn't think is right.
Tinafla2: what is beast what ever that is
DrDougFL: It is having sex with an animal. Some people (girls) like that.
Tinafla2: incest is when a child and a parent are in love
Tinafla2: no way with animal
DrDougFL: yes, or do sexual things with each other. I like that. ** I understanda bout animal.
Tinafla2: no way people have sex with animals
Tinafla2: dogs cats like that

030

DrDougFL: dog and horses mostly.
Tinafla2: horse how
Tinafla2: no way
DrDougFL: Well, what do you like to do sexually.
Tinafla2: am not sure remember i was drunk and can not remember
DrDougFL: Well, what kinds of sex things do you do now.
Tinafla2: ok,
Tinafla2: have sex,
DrDougFL: nice ..
DrDougFL: what kinds of sex do you like to do.
Tinafla2: not sure, have not done very much of anything like that
DrDougFL: Not even with your dad ...
Tinafla2: a little bit yes
DrDougFL: cool. So what do you do with him then .. I like that.
Tinafla2: promise remember
DrDougFL: ok .. I understand.
Tinafla2: , if you and i did something and i told you i would never tell anyone, i would never tell nayone
DrDougFL: I respect that very much .. that is why I'm not pushing you for any info .. I would want you to keep quiet.
Tinafla2: glad, when i make a promise i try really hard to keep it
DrDougFL: ok... Are you curious about anything sexual.
Tinafla2: like ok, i promise that i will not tell anyone that you and i talked today
DrDougFL: ok ... I understand.
DrDougFL: Well, I have to get going to get some errands done. Put me in your Bud List and IM me later.
Tinafla2: yes i am i have a lot of questions i guess but i just though that the answers would come along, make sense
DrDougFL: Yes, makes sense. Well, we can talk about those questions next time we talk. I'll be on later tonight.
Tinafla2: i will try if i can, would you put me on your buddy list
Tinafla2: am can i call you sometime to talk
Tinafla2: so we can become better friends and stuff like that
DrDougFL: OK .. you're on my bud list too. ** yes, you can call me sometime to talk. Nothing wrong with that.
Tinafla2: good thank you, i like you SIR
DrDougFL: I have to run along now, ok ☺ ? I like you too ..
Tinafla2: good bye
DrDougFL: bye for now.

| | |
|---|---|
| Member Name: | Doug <—real name with an advanced academic degree |
| Seeks: | LTR w/right one |
| Movie: | "My Fair Lady" |
| Location: | Port St Lucie; Ft Pierce; Stuart |
| FavDrink: | x-dry martini; straight up; 3 olives |
| Personality: | Romantic; non-judgemental; respects a woman's alternative lifestyle & exploratory ways. A profile that says "no phone" is CODE for "I have something to hide." |
| Sex: | Male |
| Marital Status: | Divorced; 50; no children. |
| Hobbies: | Amateur photographer; computer gadgets; antiques; sci fi |
| Activities: | dancing; boating; movies; music; |
| Computers: | Only the best. |
| I've Heard It Before: | I've been on the Internet 10 years. I've probably heard your story already. Just be real. |
| Occupation: | Internet Bus. |
| Read This: | "Please take your text based, non visual, unsubstantiated dog & pony show elsewhere." |
| SelfPics: | Many. |
| Personal Quote: | "To the world you may be one person, but to one person you may be the world." |
| Quote2: | "The web has become a vast wasteland of phonies. Don't be one of them." |
| Quote3: | "It is easier for a gentleman to be a pig than for a pig to be a gentleman." |

# ATTACHMENT 2

ATTACHMENT 2

DrDougFL [2:08 PM]: Hello.. care to chat.
Tinafla2 [2:08 PM]: sure lov to
DougFL [2:09 PM]: Great .. remember, I live in this area and was hoping we could get t er.
Tinafla2 [2:09 PM]: think so yes
DrDougFL [2:10 PM]: Well, you had suggested you might want to call some time and that v problem.
Tinafla2 [2:11 PM]: remember have to call when no one home
DrDougFL [2:11 PM]: I understand ! But make a point of us getting to know each other better 😊
Tinafla2 [2:11 PM]: having hard time remember what we talked about sorry
DrDougFL [2:12 PM]: You told me you just moved here with your dad; you told me of the lake; you told me that you were close (smile) to your dad.
Tinafla2 [2:12 PM]: coming back yes
DrDougFL [2:13 PM]: yes, you told me a lot of personal things.
Tinafla2 [2:13 PM]: can not remember you telling me about you
DrDougFL [2:14 PM]: Yes, I did .. I said I was 5' 10", 180 lbs w/very greying, thick br hair. I don't live with anyone and don't have a g/f at this time .. I own several web based businesses and I'm "looking" 😊
Tinafla2 [2:15 PM]: that rite coming back you liv near by pt st lucie
DrDougFL [2:15 PM]: That's right 😊 ...
Tinafla2 [2:16 PM]: ok then
DrDougFL [2:16 PM]: I really like the name of the chat room you're in.
DrDougFL [2:16 PM]: 😊
Tinafla2 [2:16 PM]: y you like older men lol
DrDougFL [2:16 PM]: LOL .. wise guy .. lol
Tinafla2 [2:16 PM]: youa skedfor that
Tinafla2 [2:17 PM]: you asked for that
DrDougFL [2:17 PM]: Yes, I did. Well, I like younger girls that like older guys.
 a2 [2:17 PM]: ok
D. ugFL [2:17 PM]: 😊
Tinafla2 [2:18 PM]: hey everytine I get on here you are here
DrDougFL [2:18 PM]: Yes .. but you're not on that often. And as I said, I own several web based businesses.
Tinafla2 [2:18 PM]: ok, chill
DrDougFL [2:19 PM]: Oh, I am 😊 .. lol . I was just saying. It maybe didn't type out the right way.
Tinafla2 [2:19 PM]: it was ok, being hard to get along with
DrDougFL [2:19 PM]: What are you referring to.
Tinafla2 [2:20 PM]: nothin just talking
DrDougFL [2:20 PM]: Tell me what is was you were referring to .. your dad?
Tinafla2 [2:21 PM]: you mean hard to get along with
DrDougFL [2:21 PM]: Yes.
Tinafla2 [2:21 PM]: i am really sorry, i am having a hard time keeping up
DrDougFL [2:21 PM]: ok .. well, stay with me then .. lol ...
Tinafla2 [2:22 PM]: o     k
DrDougFL [2:22 PM]: Are you looking for an older man to be your boyfriend?
Tinafla2 [2:23 PM]: y e s i g u e s s, i like being with older men yes
DrDougFL [2:23 PM]: Good, that pleases me. ** What have you liked to do with them.
Tinafla2 [2:24 PM]: i just like being with them they are nice kind sweet
DrDougFL [2:24 PM]: Have you ever been on a date with one.
Tinafla2 [2:26 PM]: an older man ye
DrDougFL [2:26 PM]: That pleases me. May I ask how old you and him were.
Tinafla2 [2:27 PM]: sure you can i was 14 he was 32
DrDougFL [2:27 PM]: wow .. nice. How did you meet him.
Tinafla2 [2:28 PM]: we met on line chatted for a while
gFL [2:28 PM]: So what did you do on the date?
 .2 [2:28 PM]: we shoped and ate luch then to bech
DrDougFL [2:29 PM]: Nice .. bet you looked great in a bathing suit.
Tinafla2 [2:29 PM]: guess

033

DrDougFL [2:30 PM]: LOL .. you probably do though I don't know your measurements .. lol
Tinafla2 [2:31 PM]: am 5 tall, bld hiar, gm eyes, 100 pods
nafla2 [2:32 PM]: 33/34b 30 32ish i guess
ougFL [2:32 PM]: Very nice 😊 ... You have a small frame so your breasts must look very nice on you.
Tinafla2 [2:34 PM]: ty
DrDougFL [2:34 PM]: So what did you do at the beach and afterwards ...
Tinafla2 [2:35 PM]: i drove his car and we just hung out
Tinafla2 [2:35 PM]: i lied not beach lake
DrDougFL [2:35 PM]: Did you have any type of sex with him (smile) ?
Tinafla2 [2:36 PM]: (smile) yes
DrDougFL [2:36 PM]: Nice .. I like that. Would you tell me what happened.
Tinafla2 [2:36 PM]: we had sex
DrDougFL [2:37 PM]: Intercourse?
Tinafla2 [2:37 PM]: let me think, huh
DrDougFL [2:37 PM]: You sound experienced 😊
Tinafla2 [2:37 PM]: lol you are funny
Tinafla2 [2:38 PM]: no not at all
Tinafla2 [2:38 PM]: hey i just remember something
DrDougFL [2:38 PM]: What is that?
Tinafla2 [2:39 PM]: you were going to send me a picture
DrDougFL [2:40 PM]: No .. I said I do that after I hear a voice on the phone 😊 .. that is not to make you call me .. just a policy I have.
Tinafla2 [2:40 PM]: see i remmeber the picture
DrDougFL [2:40 PM]: LOL .. yes, you did.
DrDougFL [2:41 PM]: Do you have one?
Tinafla2 [2:41 PM]: see old men can not remember, no i just moved here from ga nad do not have any yet
DrDougFL [2:42 PM]: ok .. I understand.
fla2 [2:42 PM]: see
ugFL [2:42 PM]: 😊
Tinafla2 [2:43 PM]: so how is work making moeny honey
DrDougFL [2:44 PM]: LOL .. well, I have food in the pantry .. so I'm surviving ..lol
Tinafla2 [2:44 PM]: good
Tinafla2 [2:44 PM]: got to run you be back later, thisaftenoon maybe
DrDougFL [2:45 PM]: OK .. put me in your Bud List and IM me when you get back on.
Tinafla2 [2:45 PM]: going shopping with dad for schol stuff
Tinafla2 [2:45 PM]: will bye